UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CHERY FINNEY, | CASE NO. 07cv1669-L (CAB) |
|---|---|
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*** |
| vs. | |
| NAVAL CRIMINAL INVESTIGATION SERVICE | |
| Defendant. | |

Plaintiff Chery Finney filed a complaint pursuant to the Federal Tort Claims Act. Concurrently she filed a Motion and Declaration Under Penalty of Perjury in Support of Motion to Proceed *in Forma Pauperis* ("IFP Motion"). For the reasons which follow, Plaintiff's IFP Motion is **DENIED**.

All parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Plaintiff's declaration is missing page 2 and is therefore incomplete.

Plaintiff's IFP Motion is therefore **DENIED**, and the complaint is **DISMISSED** without prejudice. Pursuant to this order, Plaintiff is granted 60 days' leave to pay the filing fee required to maintain this action pursuant to 28 U.S.C. § 1914, or to submit the

1  required information regarding her financial status.  **IF PLAINTIFF CHOOSES TO**
2  **FILE ADDITIONAL INFORMATION REGARDING HIS POVERTY, SHE MUST**
3  **ATTACH A COPY OF THIS ORDER.**
4       **IT IS SO ORDERED**.
5
6  DATED: August 24, 2007
7                                  _____
                                    M. James Lorenz
8                                   United States District Court Judge
9
   COPY TO:
10
   HON. CATHY ANN BENCIVENGO
11 UNITED STATES MAGISTRATE JUDGE

12 ALL PARTIES/COUNSEL