UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CHERY FINNEY,

Plaintiff,

vs.

NAVAL CRIMINAL INVESTIGATION SERVICE

Defendant.

CASE NO. 07cv1669-L (CAB)

**ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS***

Plaintiff Chery Finney filed a complaint pursuant to the Federal Tort Claims Act. Concurrently she filed a Motion and Declaration Under Penalty of Perjury in Support of Motion to Proceed *in Forma Pauperis* ("IFP Motion"). For the reasons which follow, Plaintiff's IFP Motion is **DENIED**.

All parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Plaintiff's declaration shows she is employed and owns valuable personal and real property. It appears Plaintiff has sufficient income and assets to pay the $350 filing fee.

/ / / / /

Plaintiff's IFP Motion is therefore **DENIED**, and the complaint is **DISMISSED** without prejudice. Pursuant to this order, Plaintiff is granted 60 days' leave to pay the filing fee required to maintain this action pursuant to 28 U.S.C. § 1914.

**IT IS SO ORDERED**.

DATED: September 5, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL